IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00490-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
                    CLERK

KHALIF ABDUL QAWI MUJAHID, a/k/a
KEITH G. GAFFNEY,

    Plaintiff,

v.

ROBERT WILEY, Warden, et al.,
CHRISTOPHER B. SYNSVOLL, Legal Supervisor,
THERESA MONTOYA, Senior Attorney,
CARMEN DIEHL, Staff Attorney,
LIEUTENTANT [sic] M. BIER,
LIEUTENTANT [sic] D. CLARK,
LIEUTENTANT [sic] LOA,
OFFICER GOFF, and
OFFICER S. TAYLOR,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Khalif Abdul Qawi Mujahid, also known as Keith G. Gaffney, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Mujahid filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994) and a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 (2006) in a habeas corpus action.

    Magistrate Judge Boyd N. Boland reviewed the application filed in this action and in an order entered on March 25, 2008, found that the claims Mr. Mujahid asserted were civil rights claims, not habeas corpus claims. Therefore, he ordered Mr. Mujahid

to file a Prisoner Complaint if he wished to pursue his claims in this action. The order warned Mr. Mujahid that if he failed to cure the designated deficiency within the time allowed, the action would be dismissed without further notice.

In an order filed on April 9, 2008, the Court denied Mr. Mujahid leave to proceed pursuant to 28 U.S.C. § 1915 because he had $1,805.90 available in his inmate trust fund account, and ordered him to pay within thirty days the full $350.00 filing fee for a civil rights action. The order warned Mr. Mujahid that failure to pay the $350.00 filing fee within the time allowed would result in the dismissal of the instant action.

On April 28, 2008, Mr. Mujahid submitted a Prisoner Complaint for filing with the Court. However, he failed to pay the $350.00 filing fee within the time allowed. Therefore, the complaint and the action will be dismissed without prejudice for failure to pay the $350.00 filing fee. Accordingly, it is

ORDERED that the Prisoner Complaint is dismissed without prejudice for the failure of Plaintiff, Khalif Abdul Qawi Mujahid, also known as Keith E. Gaffney, to pay the $350.00 filing fee in this action. It is

FURTHER ORDERED that the amended habeas corpus application is denied as moot.

DATED at Denver, Colorado, this 21 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00490-BNB

Khalif Abdul Qaui Mujahid
a/k/a Keith G. Gaffney
Reg. No. 19979-101
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 22nd, 08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk