IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00490-ZLW

KHALIF ABDUL QAWI MUJAHID, a/k/a
KEITH G. GAFFNEY,

    Plaintiff,

v.

ROBERT WILEY, Warden, et al.,
CHRISTOPHER B. SYNSVOLL, Legal Supervisor,
THERESA MONTOYA, Senior Attorney,
CARMEN DIEHL, Staff Attorney,
LIEUTENTANT [sic] M. BIER,
LIEUTENTANT [sic] D. CLARK,
LIEUTENTANT [sic] LOA,
OFFICER GOFF, and
OFFICER S. TAYLOR,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2008

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff, Khalif Abdul Qawi Mujahid, also known as Keith G. Gaffney, filed *pro se* on June 2, 2008, a motion asking the Court to reconsider the Order of Dismissal and the Judgment filed in this action on May 22, 2008, and reinstate this action. The Court must construe the motion liberally because Mr. Mujahid is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the letter will be construed liberally as a motion to reconsider. For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Mujahid filed his motion to reconsider within ten days after the Judgment was filed in this action. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). ***See id.***

The Court dismissed the instant action because Mr. Mujahid failed within the thirty days allowed either to pay the $350.00 filing fee required pursuant to 28 U.S.C. § 1915(a) or to show cause why he was unable to pay the filing fee. Mr. Mujahid alleges in the motion to reconsider that he requested a money order to pay the filing fee, and that he expressed to prison officials the urgency to get the funds to the Court prior to the expiration of the time allowed. However, he failed within the time allowed to notify the Court of any possible delay in paying the filing fee. In addition, he fails to attach to his motion to reconsider a copy of a receipt from this Court for payment of the filing fee, and the Court's docketing records do not indicate that the Court has received payment for the filing fee from Mr. Mujahid.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Mujahid fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Therefore, the motion to reconsider will be denied. Mr. Mujahid is reminded that, because the instant action was dismissed without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the motion by Plaintiff, Khalif Abdul Qawi Mujahid, also known

as Keith G. Gaffney, filed *pro se* on June 2, 2008, asking the Court to reconsider the Order of Dismissal and the Judgment filed in this action on May 22, 2008, and reinstate this action, and which the Court has construed liberally as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00490-BNB

Khalif Abdul Qaui Mujahid
a/k/a Keith G. Gaffney
Reg. No. 19979-101
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/12/1?

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk